**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARDELL ABRAMS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-2846** |
| | : | |
| **SUPERINTENDENT J. TERRA, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this **28th** day of **July, 2026,** upon consideration of the Motion to Dismiss filed by Defendants Danielle McAfee, Matthew Green, and Shezsurnice Thomas (ECF No. 13), and Plaintiff Mardell Abrams's Response thereto (ECF No. 19), it is **ORDERED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Court's accompanying Memorandum.

2. The claim in the Amended Complaint (ECF No. 8) against Defendant Thomas is **DISMISSED WITHOUT PREJUDICE** to Abrams filing a second amended complaint as set forth in paragraph three (3) of this Order. The Motion is **DENIED** in all other respects.

3. Abrams may file a second amended complaint within thirty (30) days of the date of this Order. Any second amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the second amended complaint and shall state the basis for Abrams's claims against each defendant. The second amended complaint shall be a complete document that does not rely on the initial Complaint, Amended Complaint, or other papers filed in this case to state a claim. When drafting his second amended complaint, Abrams should be mindful of the Court's reasons for dismissing the claim against Thomas in his Amended Complaint as explained in the Court's Memorandum. **The second**

**amended complaint, if filed, will be a superseding pleading and must, therefore, reassert the claims against Defendants McAfee and Green or those claims will be deemed waived.**

4. The Clerk of Court is **DIRECTED** to send Abrams a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Abrams may use this form to file his amended complaint if he chooses to do so.

5. If Abrams does not wish to further amend and instead intends to proceed only on his remaining claims against Defendants McAfee and Green, he may file a notice with the Court within thirty (30) days of the date of this Order stating that intent, at which time the Court will issue an order directing McAfee and Green to file an answer.

6. If Abrams fails to file any response to this Order within the time provided, McAfee and Green are **DIRECTED** to answer the Amended Complaint within forty-five (45) days of the filing of this Order.

**BY THE COURT:**

/S/ Kai N. Scott

**KAI N. SCOTT, J.**